IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

DONNA MARTINEZ and
FRANK VALDEZ,

      Plaintiffs,

v.

SAN LUIS VALLEY REGIONAL MEDICAL CENTER, INC., and
TAMMY GREGG, D.O.,

      Defendants.

---

## NOTICE OF REMOVAL

---

This provides notice that pursuant to 28 U.S.C. § 1442(a)(1) and § 1446, the above-captioned action has been removed to United States District Court for the District of Colorado.

1.    This medical malpractice action was filed against Dr. Tammy Gregg, an employee of Valley-Wide Health Systems, Inc. ("Valley-Wide").  Valley-Wide is a federally funded health clinic under the Federally Supported Health Centers Assistance Act (FSHCAA), 42 U.S.C. § 233(g)-(n).  By operation of Section 233(g) of Title 42, United States Code, Dr. Tammy Gregg is deemed to be an employee of the Public Health Service.  As such, she is entitled to the protections of the Federal Tort Claims Act, 28 U.S.C. § 1346(b) and § 2671 *et seq.*

2.    Pursuant to 28 U.S.C. § 2679(d)(1), the United States will be substituted for Dr. Gregg as the party defendant.

3. This Notice of Removal is filed pursuant to 28 U.S.C. § 1442(a)(1) because Dr. Gregg, who has been sued in her individual capacity, has been deemed a federal employee of the United States.

WHEREFORE, the action filed in the District Court for Alamosa County, Colorado is properly removed to the United States District Court for the District of Colorado.

DATED this 16th day of August, 2011.

> Respectfully submitted,
>
> JOHN F. WALSH
> United States Attorney
>
> *s/Mark S. Pestal*
> Assistant United States Attorney
> 1225 Seventeenth Street, Suite 700
> Denver, Colorado 80202
> (303) 454-0101
> Mark.Pestal@usdoj.gov
> Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 16, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I mailed the foregoing to the following non-CM/ECF participant:

Julia T. Thompson
Schoenwald & Thompson, LLC
1890 Gaylord Street
Denver CO 80206
larrys@milehighlaw.com
juliat@milehighlaw.com

Deanne McClung
Hall & Evans
Special Counsel
Sal Luis Valley Regional Medical Center
1125 Seventeenth St, Ste 600
Denver CO 80202
mcclungd@hallevans.com

                                                *s/Johnnie Smith*
                                                United States Attorney's Office