# MINUTE ENTRY FOR SETTLEMENT

TO:         Docketing

FROM:     Magistrate Judge Michael E. Hegarty

DATE:     December 12, 2011

RE:         *Martinez et al. v. San Luis Valley Regional Medical Center, Inc. et al.*, 11-cv-02132-WJM-MEH

   \_\_\_\_    Settlement negotiations were held on this date, and no settlement has been reached as to any claims in this action.

   _X_    A settlement conference was held on this date, and a settlement was reached as to

          _X_    All claims in this action. The parties shall file a stipulated motion to dismiss on or before January 11, 2012.

          \_\_\_\_    Claims between _____ and _____. These parties shall file a stipulated motion to dismiss on or before _____.

Settlement conference and preparation time involved: 6 hours 45 minutes.

   _X_    A record was made          \_\_\_\_    No record was made

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

   \_\_\_\_    Supplemental settlement negotiations were held in the above-captioned case, including telephone and e-mail discussions, since the initial conference.

Negotiation time involved: \_\_ hours \_\_ minutes.