IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-02132-WJM-MEH

DONNA MARTINEZ,
FRANK VALDEZ,

    Plaintiffs,

v.

SAN LUIS VALLEY REGIONAL MEDICAL CENTER, INC.; and
TAMMY GREGG, D.O.,

    Defendants.

---

## STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT SAN LUIS VALLEY REGIONAL MEDICAL CENTER

---

Plaintiffs Donna Martinez and Frank Valdez, through counsel, SCHOENWALD & THOMPSON and Defendant San Luis Valley Regional Medical Center, though counsel, HALL & EVANS, L.L.C., hereby stipulate to dismissal of the San Luis Valley Regional Medical Center from this action as follows:

1.     The Plaintiffs and Defendant San Luis Valley Regional Medical Center, by their respective attorneys, stipulate and agree that the claims of the Plaintiffs, as set forth in the Complaint, and any and all amendments thereto, against the Defendant San Luis Valley Regional Medical Center should be dismissed.

2.     Therefore, Defendant San Luis Valley Regional Medical Center is hereby released, and the above-captioned civil action should be dismissed with prejudice against

Defendant San Luis Valley Regional Medical Center only, with the parties to pay their respective costs and fees.

3. This Stipulation does not impact or relate to Plaintiffs' claims against the remaining Defendant.

DATED this 22nd day of December, 2011.

SCHOENWALD & THOMPSON, L.L.C.

By: s/ *Julia T. Thompson*

Lawrence J. Schoenwald
Julia T. Thompson
1890 Gaylord Street
Denver, CO 80203
Telephone: (303) 837-9000
Fax: (303) 837-9406
Email: juliat@milehigh.com

Attorneys for Plaintiffs

HALL & EVANS, L.L.C.

s/ *Deanne C. McClung*

Deanne C. McClung
1125 Seventeenth Street, Suite 600
Denver, CO 80202
Telephone: (303) 628-3367
Fax: (303) 293-3233
Email: mcclungd@hallevans.com

Attorneys for San Luis Valley Regional Medical Center

2

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 22nd day of December, 2011, a true and correct copy of the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT SAN LUIS VALLEY REGIONAL MEDICAL CENTER** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties at the following e-mail address:

Lawrence J. Schoenwald, Esq.
Julia T. Thompson, Esq.
SCHOENWALD & THOMPSON LLC
larrys@milehighlaw.com
juliat@milehighlaw.com

Edwin Winstead, Esq.
U.S. ATTORNEY'S OFFICE – DISTRICT OF COLORADO
Edwin.Winstead@usdoj.gov

s/ Corine Carter