**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-02132-WJM-MEH

DONNA MARTÍNEZ,
FRANK VALDEZ

    Plaintiffs,

v.

SAN LUIS VALLEY REGIONAL MEDICAL CENTER, INC.,
TAMMY GREGG, D.O.,

    Defendants.
_____

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**
_____

This matter is before the Court on the Parties' Stipulated Motion to Dismiss filed January 6, 2012 (ECF No. 17). The Court being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED. The above-captioned matters is DISMISSED WITH PREJUDICE. Each party shall pay their own attorney's fees and costs.

Dated this 9th day of January, 2012.

                                            BY THE COURT:

                                            William J. Martínez
                                            United States District Judge